IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>MANUEL DE JESUS LIRIANO DE LA CRUZ,<br>Aka: "Manuel Lopez Cruz"<br>Defendant | CRIMINAL 07-0078CCC |

## O R D E R

Having considered the Report and Recommendation filed on May 17, 2007 **(docket entry 21)** on a Rule 11 proceeding of defendant Manuel De Jesus Liriano De La Cruz held before Magistrate Judge Marcos E. Lopez on May 7, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Manuel De Jesus Liriano De La Cruz is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 7, 2007. The sentencing hearing is set for August 7 at 4:30 p.m.

SO ORDERED.

At San Juan, Puerto Rico, on May 18, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge